**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-46171-PSH |
| | § | |
| DEAN P. VANEK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/12/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/11/2011         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-46171-PSH |
| | § | |
| DEAN P. VANEK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $11,799.96
*and approved disbursements of*   $0.00
*leaving a balance on hand of[1]:*   $11,799.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $11,799.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,930.00 | $0.00 | $1,930.00 |
| David Leibowitz, Trustee Expenses | $72.38 | $0.00 | $72.38 |
| Lakelaw, Attorney for Trustee Fees | $820.00 | $0.00 | $820.00 |
| Lakelaw, Attorney for Trustee Expenses | $1.76 | $0.00 | $1.76 |

Total to be paid for chapter 7 administrative expenses:   $2,824.14
Remaining balance:   $8,975.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,975.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,975.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $410,778.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | $8,788.52 | $0.00 | $192.04 |
| 2 | Zina Kiryakos | $284,816.35 | $0.00 | $6,223.45 |
| 3 | Chase Bank USA, N.A. | $35,714.11 | $0.00 | $780.38 |
| 4 | Chase Bank USA, N.A. | $24,492.26 | $0.00 | $535.17 |
| 5 | Dahl & Bonadies, LLC | $4,718.75 | $0.00 | $103.11 |
| 6 | Swanson, Martin & Bell, LLP | $9,571.73 | $0.00 | $209.15 |
| 7 | American Express Centurion Bank | $534.32 | $0.00 | $11.68 |
| 8 | American Infosource Lp As Agent for American Honda Finance | $4,245.70 | $0.00 | $92.77 |
| 9 | Fia Card Services, NA/Bank of America | $37,896.62 | $0.00 | $828.07 |

|  | Total to be paid to timely general unsecured claims: | $8,975.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

     Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 09-46171-PSH
Dean P. Vanek                                                           Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                   Date Rcvd: Apr 12, 2011
                               Form ID: pdf006              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db           +Dean P. Vanek,    540 West Revere Lane,    Palatine, IL 60067-7113
aty          +Jeff A Whitehead,    Law Office of Jeff Whitehead,    700 West Van Buren,   Suite 1506,
               Chicago, IL 60607-3635
aty          +Joseph E Cohen,    Cohen & Krol,   105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
14813469     +American Express,    PO Box 297812,    Fort Lauderdale, FL 33329-7812
16014537      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14813470     +Bank of America,    PO Box 15184,   Wilmington, DE 19850-5184
14813473     +CFI Industries LLC,    540 W Revere Lane,    Palatine, IL 60067-7113
14813475     +CIti Bank,   PO Box 6241,    Sioux Falls, SD 57117-6241
14813471     +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
14813472      Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
14813474     +Chase,   PO Box 24714,    Columbus, OH 43224-0714
15937098      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14813476     +Dahl & Bonadies, LLC,    30 North LaSalle Street,    Suite 1500,   Chicago, IL 60602-3379
14813477     +Harris Bank N.A.,    PO Box 6201,   Carol Stream, IL 60197-6201
14813479     +MAC Industries LLC,    540 West Revere Lane,    Palatine, IL 60067-7113
14813480     +Mary Vanek,    540 West Revere Lane,   Palatine, IL 60067-7113
14813481     +Michael D. Fine,    131 South Dearborn Steet,    Floor 5,   Chicago, IL 60603-5571
14813482     +National Recovery Center,    PO Box 166469,   Irving, TX 75016-6469
14880805     +Roma Murphy & Horowitz,    2815 Camino del Rio,    Suite 111,   San Diego, CA 92108-3816
15980316     +Swanson, Martin & Bell, LLP,    c/o Charles S. Stahl, Jr.,    2525 Cabot Drive, Suite 204,
               Lisle, IL 60532-3628
14813484     +Swanson, Martin, & Bell, LLP,    330 North Wabash Avenue,    Suite 3300,   Chicago, IL 60611-3764
14880806     +Tannenbaum Helpern Syracuse & Hirschtritt LLP,    900 Third Avenue,    New York,NY 10022-4749
14813485     +Trunkett & Trunkett, PC,    20 North Wacker Drive,    Suite 1449,   Chicago, IL 60606-2906
14813487     +Weiss & Hunt,    1925 Century Park East,    Suite 2140,   Los Angeles, CA 90067-2722
14813488     +Zina Kiryakos,    30799 Brush Street,    Madison Heights, MI 48071-1835
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14813478      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 12 2011 23:31:00     Honda Financial Services,
               PO Box 6070,    Cypress, CA  90630
16172801      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 00:22:14
               American Infosource Lp As Agent for,    American Honda Finance,   PO Box 248838,
               Oklahoma City, OK  73124-8838
16286894      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 00:22:14
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14813483     +E-mail/Text: bnc@nordstrom.com Apr 12 2011 23:30:21     Nordstrom FSB,   PO Box 13589,
               Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lakelaw
aty*           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14813486*      +Dean P. Vanek,   540 West Revere Lane,   Palatine, IL 60067-7113
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: dwilliams            Page 2 of 2            Date Rcvd: Apr 12, 2011
                               Form ID: pdf006            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**              **Signature:**  /s/ Joseph Speetjens